■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FINNE and ROBERT FINNE, Appellants.—Two judgments of the County Court, Westchester County, one as to each defendant, both rendered November 10, 1976, affirmed. No opinion. This case is remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Titone, Shapiro and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE GRIFFIN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 28, 1977, convicting him of possession of weapons, etc., as a felony, upon a jury verdict, and imposing sentence. Judgment affirmed. The failure of the District Attorney to comply with CPL 200.60, under the facts of this case, did not prejudice the defendant. We have considered the other points raised by defendant and find them to be without merit. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY P. B., Appellant.—Appeal by defendant, as limited by his motion, from three amended sentences of the County Court, Nassau County, all imposed January 10, 1978, upon his plea of guilty to having violated the terms of previously imposed sentences of probation, the amended sentences being an indeterminate term of imprisonment with a maximum of three years and two definite terms of one year, to run concurrently with each other, but consecutively to a previously imposed sentence. Amended sentences modified, as a matter of discretion in the interest of justice, by deleting therefrom the provision that they shall be served consecutively to the previously imposed sentence and substituting therefor a provision that they shall be served concurrently with the previously imposed sentence. As so modified, amended sentences affirmed. The amended sentences were excessive to the extent indicated herein. Damiani, J. P., Titone, Suozzi and Rabin, JJ., concur.